UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                          |   |                    |
|--------------------------|---|--------------------|
| UNITED STATES OF AMERICA | ) |                    |
|                          | ) |                    |
| V.                       | ) | NO. 09-CR-10017-GAO |
|                          | ) |                    |
| TAREK MEHANNA            | ) |                    |
|                          | ) |                    |

**DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE TO LIMIT
DEFENSE COMMENT DURING OPENING STATEMENT REGARDING PROPOSED
DEFENSE EXPERT'S TESTIMONY (#277)**

The defendant, Tarek Mehanna, hereby opposes the government's above-stated motion in limine (Docket #277). The government's motion is premature.

The defense cannot respond to a blanket request to limit comments about expert testimony until it receives the Daubert or particular evidentiary objections to the experts. By its own admission, the government filed their motion simply to meet the pretrial motion filing deadline. The defense experts point by point rebut the government experts. The letter disclosure dated September 29, 2011 explains exactly which witnesses speak to which portions of the government expert reports. The defense sees no unique problems under the rules of evidence, unless the government admits that its own witnesses have those same problems. In light of the vagueness of this government motion, we ask this court to deny it and reserve our right to respond to

specific challenges to the defense expert testimony.

Therefore, this court should deny the government's motion as untimely (#277).

TAREK MEHANNA
By his attorneys,

CARNEY & BASSIL

/s/J. W. Carney, Jr.
J. W. Carney, Jr.
B.B.O. # 074760

/s/Janice Bassil
Janice Bassil
B.B.O. # 033100

Sejal H. Patel
B.B.O. # 662259
Steven R. Morrison
B.B.O. # 669533
John E. Oh
B.B.O. # 675916
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Dated: October 11, 2011

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

/s/J. W. Carney, Jr.
J. W. Carney, Jr.

2