



**Mark Spencer**
President

@ mspencer@ArsenalExperts.com
📞 (617) ARSENAL (277-3625)
🖱 www.ArsenalExperts.com

### Profile

Mark Spencer is President of Arsenal Consulting where he leads engagements involving computer forensics, information security, and electronic discovery for law firms, corporations, and government agencies.  Mr. Spencer has more than a decade of law-enforcement and private-sector computer forensics experience.  He is also an adjunct professor at Bunker Hill Community College and an instructor at the Computer Security Institute.  He has taught for clients including NASA, Lockheed Martin, and the Royal Canadian Mounted Police.  Mr. Spencer is a regular presenter on topics relating to computer forensics, serving as a guest speaker at industry events and appearing on television.

### Teaching
*2008-Present*

ADJUNCT PROFESSOR
*Bunker Hill Community College; Boston, MA*

Responsible for development and delivery of the courses "Advanced Computer Forensics" and "Special Topics in Computer Forensics."

### Teaching
*2003-Present*

INSTRUCTOR
*Computer Security Institute; San Francisco, CA*

Responsible for development and delivery of the course "Computer Forensics Kickstart."

### Experience
*2006-2009*
*2002-2006*

PRACTICE LEADER
*First Advantage Litigation Consulting; Boston, MA*
*EvidentData; Rancho Cucamonga, CA & Boston, MA*

Successfully established EvidentData's Boston office in 2005 which was later acquired by First Advantage Litigation Consulting in 2006.  Provided expert consulting and computer forensics services to corporate and government clients.  Trained and supervised computer forensics examiners, analysts, and interns to properly handle and analyze electronic evidence.  Developed, documented, and refined computer forensics procedures.  Tested computer forensics tools and provided feedback to vendors.  Performed vulnerability assessments for clients.  Shared expertise by speaking at industry events and working with the media.  Responsible for client development and marketing.

### Experience
*2000-2002*

INFORMATION SECURITY ANALYST
*Suffolk County District Attorney's Office; Boston, MA*

Researched, designed, and implemented procedures and technologies to safeguard the information assets of the Suffolk County District Attorney's Office.  Installed and maintained a policy management solution.  Assisted Special Prosecutions Unit and Boston Police Department with high-technology crime investigations and computer forensics.  Developed and conducted training sessions for prosecutors, investigators, and detectives on high-technology crime and computer forensics issues.  Developed and maintained Intranet website.  Assisted IT unit with network support.

### Education
*2003*

*University of Massachusetts; Boston, MA*
Bachelor of Arts in Criminal Justice

### Education
*1996*

*Massachusetts Criminal Justice Training Council; Agawam, MA*
Basic Reserve Intermittent Training Academy

### Certifications

EnCase Certified Examiner from Guidance Software
AccessData Certified Examiner from AccessData
Certified ProDiscover Examiner from Technology Pathways
QualysGuard Certified Specialist from Qualys
Advanced Certified Computer Forensic Technician from High Tech Crime Network