**Groharing, Jeffrey (USAMA)**

**From:** Auerhahn, Jeffrey (USAMA)
**Sent:** Tuesday, October 25, 2011 7:08 PM
**To:** Groharing, Jeffrey (USAMA)
**Subject:** Fw: Dr. Sageman

**From**: Janice Bassil [mailto:jbassil@carneybassil.com]
**Sent**: Tuesday, October 25, 2011 07:05 PM
**To**: Chakravarty, Aloke (USAMA); Auerhahn, Jeffrey (USAMA)
**Subject**: Dr. Sageman

Dear Al and Jeff and Jeff ( I apologize as I don't have Jeff Groharing's email on my computer for some reason so if you could forward this to him):

You asked me about Dr. Sageman's studies. If you google him as I have and as I just did you will find the following:

# Search Results

1. [PDF]

   Theoretical Frames on Pathways to Violent Radicalization
   www.artisresearch.com/.../ARTIS_Theoretical_Frames_August_2009...
   File Format: PDF/Adobe Acrobat - View as HTML
   Hofstad Case Study & The **Blob** Theory (Marc **Sageman**). **...** Toward a **Social**-Cognitive Theory of Radicalization (Jeremy Ginges). **...**

2. [PDF]

   TUESDAY 6/7/11 Marc **Sageman** MR. SCHRAGER: I'd like to **...**
   www.sovereignchallenge.org/geturl-non.cfm?gl=/userfiles/file/...
   File Format: PDF/Adobe Acrobat - Quick View
   we also have Dr. **Sageman's** book, Leaderless Jihad. I've known Marc **...** SAGEMAN: Thank you. **..... social blob** that I just described because it's done nothing. **...**

3. Searching for Saddam: Why **social** network analysis hasn't led us to **...**
   www.slate.com/articles/news.../searching_for_saddam.single.html
   Feb 26, 2010 - Still, **social** network theory has not become a central part of the training for **...** Under **Sageman's** "**blob**" theory, connections between players in **...**

4. [PDF]

   CENS Distinguished Visitors Program - Seminar Series
   www.rsis.edu.sg/.../...
   File Format: PDF/Adobe Acrobat
   Involvement in the protest counter culture (or '**social blob**' as **Sageman** termed it) is still legal in most democratic societies and there is low risk and low cost to **...**

5. Marc **Sageman** to speak at KCL War Studies Department | Kings of War
   kingsofwar.org.uk/.../marc-**sageman**-to-speak-at-kcl-war-studies-dep...
   In conversation with Dr Marc **Sageman**. Radicalisation, **Social** Networks and the '**Blob**-o-sphere': New approaches to counter-terrorism **...**