UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: 1:09-CR-10017-GOA |
| ) | |
| ) | MOTION TO QUASH |
| vs. ) | |
| ) | Hearing Date:_____ |
| ) | Hearing Time:_____ |
| TAREK MEHANNA ) | Courtroom:_____ |
| ___Defendant_____ ) | |

## Relief Sought

Vicki Zakee moves this court for an order quashing the subpoena duces tecum served on her to produce all documents relating to government assistance for housing.

## Grounds for Relief

The subpoena duces tecum served on Vicki Zakee should be quashed under Rule 17 (c) (2) of the Federal Rules of Criminal Procedure because, as shown by Affidavit of Vicki Zakee:

1. Vicki Zakee was served with a subpoena duces tacum requiring her to produce all documents relating to government assistance for housing dating back to 2005. Please see subpoena duces tecum, attached as Exhibit A.

2. The request is unduly burdensome, unreasonable and oppressive to produce. It is so broad and unparticularized that Vicki Zakee cannot respond. Furthermore, the request provides no guidance as to what documents would or would not relate to the criminal case against Tarek Mehanna.

3. Documents requested are irrelevant to the issues to be tried in the case of United States of America versus Tarek Mehanna.

4. If documents that are being requested are relevant to the case, then the requests are excessive and overly burdensome to produce, annoying and harassing to Vicki Zakee.

5. The Request for Production of Documents are designed to annoy, harass and intimidate the Ms. Vicki Zakee and for the sole purpose as to burden her counsel and cause undue expenses.

6. Vicki Zakee is oblivious as to any relevance that her govenment housing assistance would have to the above captioned case.

## Record on Motion

This motion is based on this document, the attached supporting affidavit, attached Exhibit A, memorandum and certificate of service, and on whatever evidence and argument may be had at any hearing on this motion.

Respectfully Submitted,

RICHARD SMITH, ESQUIRE
11 Roxbury Street, 2nd Floor
Roxbury, Massachusetts 02119
(617) 427-1516
RSmunich67@aol .com
Attorney for Vicki Zakee

Date____10 - 26 - 11