AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Tarek Mehanna | ) | Case No.  1:09-CR-10017-GAO |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Kareem Abu-Zahra
      ██████████ [Redacted]
      ██████, MA ████ [Redacted]

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court, D. Massachusetts 1 Courthouse Way, Boston, MA 021110 | Courtroom No.: 9 |
|---|---|
| | Date and Time: 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

1) Any and all records of payment by the United States government by any agency for your cooperation in any criminal matter or any law enforcement agency of any state, city, or town ever provided to you to the present date.
2) Copies of all tax returns filed by you with the federal government from 2002 to the present.
3) Your passport.
4) All bank statements from January 1, 2002 to present indicating any deposits or expenditures of monies by you or jointly with another or by another on your behalf.

(SEAL)

Date: 09/20/2011

CLERK OF COURT

SARAH A. THORNTON

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing (name of party)   Tarek Mehanna
_____ , who requests this subpoena, are:

Janice Bassil
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
jbassil@carneybassil.com
(617) 338-5566

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:09-CR-10017-GAO

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____, _____

was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____        on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ *50* *⁰⁰* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____                          _____
                                                                    *Server's signature*

                                                                    _____
                                                                    *Printed name and title*

                                                                    _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

5) All financial statements filed by you for any reason from January 1, 2002 to present.
6) All leases signed by you or on your behalf from January 1, 2002 to present.
7) All cancelled checks written by you or on your behalf from January 1, 2002 to present.
8) All statements of all credit cards owned by your or which you use from January 1, 2002 to present.
9) All contracts or agreements for purchase, sale, or lease of any automobiles used by you from January 1, 2002 to present.
10) All brokerage accounts and records of stock accounts owned by you from January 1, 2002 to present.