**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 09-10017-GAO** |
| | ) | |
| **TAREK MEHANNA** | ) | |

**DISMISSAL OF**
**SUPERSEDED INDICTMENTS**

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses the prior Indictments under this case number, the original Indictment filed on January 15, 2009 (Dkt. 22) and the first Superseding Indictment filed on November 15, 2009 (Dkt. 38). In support of this dismissal, the government states that, Judgment having entered with respect to this defendant, TAREK MEHANNA, on the Second Superseding Indictment in this matter filed on June 17, 2010 (Dkt. 83), the dismissal is in the interests of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

May 4, 2012                    By:     /s/ John T. McNeil
Date                                          JAMES LANG,
                                                    Chief, Criminal Division
                                                    JOHN T. McNEIL
                                                    Deputy Chief, Criminal Division

                                                    /s/ Aloke Chakravarty
                                                    Aloke Chakravarty
                                                    Jeffrey Auerhahn
                                                    Assistant U.S. Attorneys

Leave to File Granted:

_____
George A. O'Toole, Judge
United States District Court