# United States Court of Appeals
## For the First Circuit

_____

No. 18-1211


IN RE:  TAREK MEHANNA,

Petitioner.


_____


Before

Howard, Chief Judge,
Torruella and Kayatta, Circuit Judges.

_____

**JUDGMENT**

Entered: April 6, 2018


Petitioner Tarek Mehanna has filed a petition for writ of mandamus, asking this court to direct the district court to resolve his pending 28 U.S.C. § 2255 motion.  We conclude that the extraordinary remedy of mandamus relief is not in order.  See In re Justices of Superior Court Dep't of Massachusetts Trial Court, 218 F.3d 11, 15 (1st Cir. 2000) (general mandamus principles).  We are confident that the district court will resolve the § 2255 motion in an expeditious manner and without further undue delay.  Thus, the petition is **DENIED**, but without prejudice to reassertion in the event that the district court has not made substantial progress toward resolution of the § 2255 motion within 90 days of entry of this judgment.  The clerk is directed to transmit a copy of this ruling to the district court for docketing in Mehanna's § 2255 proceedings (1:09-cr-10017/1:15-cv-13444).


By the Court:

/s/ Margaret Carter, Clerk




cc:
Hon. George A. O'Toole
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Peter Sabin Willett
Janice Bassil
J. W. Carney Jr.

Joshua L. Dratel
Sejal H. Patel
Julie V. Silva Palmer
Tarek Mehanna
John E. Oh
Steven R. Morrison
Peter B. Krupp
Sarah R. Wunsch
Richard Bradford Bailey
Richard Smith
Cynthia A. Young
Aloke Shankar Chakravarty
Jeffrey Auerhahn
Jeffrey D. Groharing