UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TAREK MEHANNA,<br><br>        Defendant. | No. 09-CR-10017-GAO |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant Tarek Mehanna hereby appeals to the United States Court of Appeals for the First Circuit from the order entered in this action on June 21, 2018, denying his request for relief under 28 U.S.C. §2255.  Dkt. No. 518 (the "Order").

In the body of the Order, this Court declined to issue a certificate of appealability with respect to the Order.  Order at 9.  Accordingly, after the Court of Appeals has docketed this appeal, Defendant will move in the Court of Appeals for a certificate of appealability.  *See* 1st Cir. L.R. 22.0(b).

DB3/ 202074675.1

Respectfully submitted,

**TAREK MEHANNA**

By his Attorneys,


*/s/ Julie V. Silva Palmer*

Sabin Willett, BBO #542519
Julie V. Silva Palmer, BBO #676788
Rhonda J. Yacawych, BBO #560183
Arcangelo S. Cella, BBO #690438
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
617-341-7000
*sabin.willett@morganlewis.com*
*julie.palmer@morganlewis.com*
*rhonda.yacawych@morganlewis.com*
*arcangelo.cella@morganlewis.com*

Dated: July 20, 2018

## CERTIFICATE OF SERVICE

I, Julie V. Silva Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 20, 2018.

/s/ Julie Silva Palmer
Julie V. Silva Palmer