# United States Court of Appeals
## For the First Circuit

No. 18-1692

TAREK MEHANNA,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Lynch, Kayatta and Barron,
Circuit Judges.

**JUDGMENT**

Entered: February 7, 2019

Petitioner Tarek Mehanna seeks a certificate of appealability ("COA") in relation to the district court's denial of his 28 U.S.C. § 2255 motion. After careful consideration of each of the points raised in Mehanna's counseled COA application, we conclude that the district court's rejection of Mehanna's claim pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and Giglio v. United States, 405 U.S. 150 (1972), was neither debatable nor wrong. See Slack v. McDaniel, 529 U.S. 473, 484 (2000) (COA standard). It is clear from the district court's memorandum that the standards and principles set out by this court in Conley v. United States, 415 F.3d 183 (1st Cir. 2005), properly were applied, and, contrary to Mehanna's assertions in his COA application, the district court's ruling was not based on factual error or failure to consider the entirety of the record.

Accordingly, Mehanna's application for a certificate of appealability is **DENIED**. The appeal is hereby **TERMINATED**.

By the Court:

Maria R. Hamilton, Clerk

cc: Peter Sabin Willett, Julie V. Silva Palmer, Tarek Mehanna, Arcangelo S. Cella, Cynthia A. Young, Aloke Shankar Chakravarty, B. Stephanie Siegmann