Case 1:09-cr-10017-GAO   Document 523   Filed 04/01/19   Page 1 of 1

# United States Court of Appeals
## For the First Circuit

No. 18-1692

TAREK MEHANNA

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**MANDATE**

Entered: April 1, 2019

In accordance with the judgment of February 7, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Arcangelo S. Cella
Aloke Shankar Chakravarty
Tarek Mehanna
B. Stephanie Siegmann
Julie V. Silva Palmer
Peter Sabin Willett
Cynthia A. Young